# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141183

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BERNARD SUTTON STEVENS,
     Defendant-Appellant.

SC: 141183
COA: 296912
Berrien CC: 80-003901-FY

_____/

     On order of the Court, the application for leave to appeal the May 21, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk

y1115